1  WILSON TURNER KOSMO LLP
   Robin A. Wofford (Bar No. 137919)
2  Katherine M. McCray (Bar No. 243500)
   550 West C Street, Suite 1050
3  San Diego, CA 92101
4  Telephone: (619) 236-9600
   Facsimile: (619) 236-9669
5  E-mail: rwofford@wilsonturnerkosmo.com
   E-mail: kmccray@wilsonturnerkosmo.com
6
7  Attorneys for Defendants/Counterclaimants
   ExxonMobil Oil Corporation and Exxon Mobil Corporation
8  (erroneously sued herein as ExxonMobil
   Corporation)
9
   **ADDITIONAL COUNSEL LISTED ON**
10 **NEXT PAGE**

JS-6

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                    **WESTERN DIVISION**

14

15 | FUJIO SHOJI, an Individual, | Case No. 2:12-CV-08920-PA (VBKx) |
|---|---|
16 | Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** |
17 | v. | |
18 | EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive, | District Judge: Percy Anderson |
   | | Courtroom: 15 |
19 | | Magistrate Judge: Victor B. Kenton |
20 | | Courtroom: 590 |
21 | | Complaint Filed: October 17, 2012 |
   | Defendants. | Trial Date: Not Set |
22

C0379003/1637154-1                                  Case No. 2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS
ENTIRE ACTION

**ADDITIONAL COUNSEL:**

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:  925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

Thomas P. Bleau, SBN 152945
Martin R. Fox, SBN 155783
Gennady L. Lebedev, Of Counsel, SBN 179945
Megan A. Childress, SBN 266926
Troy M. Mueller, SBN 284535
BLEAU FOX, a P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile:  (323)874-1234
E-mail:  tbleau@bleaufox.com
E-mail:  mfox@bleaufox.com
E-mail:  glebedev@bleaufox.com
E-mail:  mchildress@bleaufox.com
E-mail:  tmueller@bleaufox.com

Attorneys for Plaintiff
Fujio Shoji

C0379003/1637154-1

Case No.  2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1  Having considered the Stipulation to Dismiss Entire Action by and
2  between the parties, the Court hereby orders that plaintiff Fujio Shoji's ("Plaintiff's")
3  claims against Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation,
4  and Circle K Stores Inc. ("Defendants") in this action are dismissed with prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims against
6  Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ. P.
7  41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

8
9  IT IS SO ORDERED.
10
11
12  Dated: August 8, 2013                    _____
13                                            Hon. Percy Anderson
                                              United States District Judge