WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil Corporation)

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FUJIO SHOJI, an Individual, | Case No. 2:12-CV-08920-PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive, | District Judge: Percy Anderson<br>Courtroom: 15<br><br>Magistrate Judge: Victor B. Kenton<br>Courtroom: 590 |
| Defendants. | Complaint Filed: October 17, 2012<br>Trial Date: Not Set |

C0379003/1637154-1

Case No. 2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL:** |
| 2 | ARCHER NORRIS<br>Jeffrey M. Hamerling (Bar No. 91532) |
| 3 | jhamerling@archernorris.com<br>Douglas C. Straus (Bar No. 96301) |
| 4 | dstraus@archernorris.com<br>Alissa R. Pleau-Fuller (Bar No. 258907) |
| 5 | apleau-fuller@archernorris.com<br>2033 North Main Street, Suite 800 |
| 6 | Walnut Creek, CA  94596-3759<br>Telephone:  925.930.6600 |
| 7 | Facsimile:  925.930.6620 |
| 8 | Attorneys for Defendant/Counterclaimant<br>Circle K Stores Inc. (erroneously sued herein as |
| 9 | Circle K Stores, Inc.) |
| 10 | Thomas P. Bleau, SBN 152945 |
| 11 | Martin R. Fox, SBN 155783 |
| | Gennady L. Lebedev, Of Counsel, SBN 179945 |
| 12 | Megan A. Childress, SBN 266926 |
| 13 | Troy M. Mueller, SBN 284535 |
| | BLEAU FOX, a P.L.C. |
| 14 | 3575 Cahuenga Boulevard West, Suite 580 |
| 15 | Los Angeles, California 90068 |
| | Telephone: (323) 874-8613 |
| 16 | Facsimile:  (323)874-1234 |
| 17 | E-mail:  tbleau@bleaufox.com |
| | E-mail:  mfox@bleaufox.com |
| 18 | E-mail:  glebedev@bleaufox.com |
| 19 | E-mail:  mchildress@bleaufox.com |
| | E-mail:  tmueller@bleaufox.com |
| 20 | |
| 21 | Attorneys for Plaintiff<br>Fujio Shoji |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

C0379003/1637154-1                                          Case No.  2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1 | Having considered the Stipulation to Dismiss Entire Action by and
2 | between the parties, the Court hereby orders that plaintiff Fujio Shoji's ("Plaintiff's")
3 | claims against Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation,
4 | and Circle K Stores Inc. ("Defendants") in this action are dismissed with prejudice
5 | pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims against
6 | Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ. P.
7 | 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

9 | IT IS SO ORDERED.

12 | Dated: August 8, 2013    _____
13 |                              Hon. Percy Anderson
                                  United States District Judge